

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.   1:25-CR-334 (MAD) |
| | ) | |
| v. | ) | **Indictment** |
| | ) | |
| **NICHOLAS SHERLOCK,** | ) | Violation:   18 U.S.C. § 2252A(a)(2)(A) |
| | ) |    [Receipt of Child |
| | ) |    Pornography] |
| | ) | |
| **Defendant.** | ) | 1 Count & Forfeiture Allegation |
| | ) | |
| | ) | County of Offenses:   Albany |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**[Receipt of Child Pornography]**

From in or about August 2024, to in or about May 2025, in Albany County in the Northern District of New York, the defendant, **NICHOLAS SHERLOCK**, did knowingly receive child pornography using a means and facility of interstate and foreign commerce, shipped and transported in and affecting such commerce by any means, including by computer, in that the defendant did receive numerous graphic image and video files depicting actual minors engaged in sexually explicit conduct using a social media application via the Internet, in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

**FORFEITURE ALLEGATION**

The allegations contained in Count 1 of this indictment are hereby realleged and incorporated by reference herein for the purposes of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 2253(a)(3).

Pursuant to Title 18, United States Code, Section 2253(a)(3), upon conviction of an offense in violation of Title 18, United States Code, Section 2252A, as alleged in Count 1 of this

indictment, the defendant, **NICHOLAS SHERLOCK**, shall forfeit to the United States of America any property, real and personal, used and intended to be used to commit and to promote the commission of such offense and any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

(1) A Galaxy S23 Ultra model SM-S918U1 cell phone bearing IMEI number 31050752093946.

Dated: August 19, 2025

A TRUE BILL,   *Name redacted

_____
Grand Jury Foreperson

JOHN A. SARCONE III
Acting United States Attorney

By: _____
Alexander Wentworth-Ping
Assistant United States Attorney
Bar Roll No. 701897